IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES C. FUDGE
ADC #78875                                                                PLAINTIFF

v.                        No. 5:15-cv-48-DPM-PSH

STEPHEN P. WATSON, Correctional Officer,
Varner SuperMax; RANDALL WATSON, Warden,
Varner SuperMax; JUSTINE MINOR, Correctional
Hearing Official, ADC; RAYMOND NAYLOR,
Administrator, ADC; and RAY HOBBS, Former
Director, ADC                                                             DEFENDANTS

ORDER

Motion to reconsider, № 39, denied. The Court stands by its July 29th Order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 August 2016