IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES C. FUDGE
ADC #78875                                                            PLAINTIFF

v.                           No. 5:15-cv-48-DPM

STEPHEN P. WATSON, Correctional Officer,
Varner SuperMax; RANDALL WATSON,
Warden, Varner SuperMax; JUSTINE M.
MINOR, Correctional Hearing Official, ADC;
RAYMOND NAYLOR, Administrator, ADC;
and RAY HOBBS, Former Director, ADC                                   DEFENDANTS

ORDER

Unopposed recommendation, № 63, adopted as supplemented. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The Court adds to the reasoning about Fudge's retaliation claims against Watson for denied yard time on 26 July 2013, and for denied transport to classification review on 14 August 2013. № 63 at 7, n.1. Those claims fail because Fudge hasn't shown that his grievance activity was the but-for cause of those actions. See the cases cited in the footnote. Motion and supplemental motion for summary judgment, № 45 & 48, granted. Fudge's claims will be dismissed with prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 March 2017