# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JAMES C. FUDGE
ADC # 78875                                                                    PLAINTIFF

v.                              No. 5:15-cv-48-DPM

STEPHEN P. WATSON, Correctional
Officer, Varner SuperMax; RANDALL
WATSON, Warden, Varner Super Max;
JUSTINE M. MINOR, Correctional Hearing
Official, ADC; RAYMOND NAYLOR,
Administrator, ADC; and RAY HOBBS,
Former Director, ADC                                                 DEFENDANTS

## JUDGMENT

Fudge's complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

15 March 2017